Hans Bentsen, administrator of the estate of Nettie Bentsen, deceased, appellee, v. William C. Panzer and Frederick C. Panzer, appellants. Gen. No. 38,631.

Opinion filed April 20, 1936. Rehearing denied May 4, 1936.

Stebbins, McKinley & Price, for appellants; William McKinley and Paul E. Price, of counsel. Charles C. Spencer and Richard M. Spencer, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Ora L. Perry, appellee, v. W. H. Darlington et al., defendants. William D. Meyering, appellant. Gen. No. 38,660.

Opinion filed April 20, 1936.

William J. Flaherty, for appellant; George H. Mason, of counsel. Justus Chancellor, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson v. Logan Square State and Savings Bank.

Lafayette Council No. 361, Knights of Columbus, appellant, v. William L. O'Connell, appellee. Gen. No. 38,709.

Opinion filed April 20, 1936.

P. F. Murray, for appellant; John T. Murray, of counsel. Roy D. Keehn and W. M. Keeley, for appellee.

Mr. Justice Matchett delivered the opinion of the court.